IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action:  25-cv-00057-CNS-NRN | Date:  November 6, 2025 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kevin Carlin |

| Parties | Counsel |
|---|---|
| CURALEAF INC<br>CURA CO LLC<br>**Plaintiffs** | *Spencer Allen*<br>*Christopher Groen* |
| v. | |
| CROWDED GROUP INC<br>MICHAEL QUATTRONE<br>JAMISON VOSNOS<br>**Defendants** | *John McHugh*<br>*Michael Robertson*<br>*Sarah Spencer* |

### COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  9:56 a.m.

Appearance of counsel.

Argument as to [47] Defendant Jamison Vosnos' Renewed Fed. R. Civ. P. 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction given by Ms. Spencer and Mr. Groen with questions from the Court.

As outlined on the record, it is

**ORDERED:   [47] Defendant Jamison Vosnos' Renewed Fed. R. Civ. P. 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction is DENIED.**

Argument as to [43] Defendants Crowded Group Inc. and Michael Quattrone's Motion to Dismiss Plaintiffs' First Amended Complaint given by Mr. McHugh and Mr. Groen with questions from the Court.

As outlined on the record, it is

**ORDERED:   [43] Defendants Crowded Group Inc. and Michael Quattrone's Motion to Dismiss Plaintiffs' First Amended Complaint is DENIED.**

Discussion held on settlement.

**ORDERED:   Settlement conference with the magistrate judge is authorized.**

Discussion held on amending the scheduling order deadlines. Parties will submit a motion that will be referred to Magistrate Judge Neureiter.

Court in Recess:  11:19 a.m.        Hearing concluded.        Total time in Court:  01:23